ISABEL FOX, Respondent, *v.* NEW YORK, ONTARIO AND
WESTERN RAILWAY COMPANY, Appellant.

(Submitted June 13, 1930; decided July 8, 1930.)

*Abram F. Servin* and *John Bright* for appellant.

*James B. Henney, William A. Hyman* and *Robert Hyman*
for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN,
KELLOGG, O'BRIEN and HUBBS, JJ.